UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
NEW YORK CITY TRANSIT AUTHORITY,          :
:
                  Plaintiff,,          :
:     19-CV-5196 (JMF)
     -v-                                           :
:     <u>ORDER</u>
EXPRESS SCRIPTS, INC.,                    :
:
                  Defendant.         :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Substantially for the reasons set forth in NYCTA's response, Express Scripts, Inc.'s letter-motion for a discovery conference is DENIED. The request regarding documents identifying fraudulent prescriptions, however, is denied without prejudice to renewal after the parties have exhausted efforts to reach agreement. The Clerk of Court is directed to terminate ECF No. 67.

      SO ORDERED.

Dated: May 4, 2020
      New York, New York                                   JESSE M. FURMAN
                                                              United States District Judge