UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
:
NEW YORK CITY TRANSIT AUTHORITY, :
:
                Plaintiff, :
:   19-CV-5196 (JMF)
      -v- :
:       ORDER
EXPRESS SCRIPTS, INC., :
:
                Defendant. :
:
----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As discussed on the record during yesterday's teleconference:

1. Fact discovery is now closed, except that:

   a. Defendant is permitted to serve four contention interrogatories on Plaintiff by **November 23, 2020**. Plaintiff shall respond on or before **December 11, 2020**.

   b. The parties may complete the two remaining Rule 30(b)(6) depositions by **December 4, 2020**.

2. The deadline for expert discovery is hereby EXTENDED to **February 15, 2021**. The parties are warned that future extensions are not likely to be granted.

3. On or before **December 21, 2020**, the parties shall submit a joint letter regarding settlement and whether the Court should refer the matter to either the assigned Magistrate Judge or the Court-annexed Mediation Program for settlement purposes.

    SO ORDERED.

Dated: November 20, 2020
       New York, New York
                                                          JESSE M. FURMAN
                                                           United States District Judge