UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
| | |
|---|---|
| **NEW YORK CITY TRANSIT AUTHORITY,** : | |
| : | Case No. 1:19-cv-05196-JMF |
| Plaintiff, : | |
| : | |
| v. : | **Notice of Express Scripts** |
| : | **Inc.'s Motion for** |
| **EXPRESS SCRIPTS, INC.** : | **Summary Judgment** |
| : | |
| Defendant. : | |
----------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law; Statement of Material Undisputed Facts Pursuant to Rule 56.1 of the Local Civil Rules for the Southern District of New York; the exhibits attached to the Declaration of Elizabeth A. Bozicevic filed in support of this motion; and all prior pleadings and proceedings herein, Defendant Express Scripts, Inc. ("Express Scripts") hereby moves this Court, before the Honorable Jesse M. Furman, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Room 1105, New York, New York, for an order pursuant to Federal Rule of Civil Procedure 56(a) granting summary judgment in favor of Express Scripts and dismissing the case, and granting such other and further relief as the Court deems just and proper under the circumstances.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Memo Endorsement dated March 23, 2021 (Doc. No. 107), Plaintiff's opposition papers, if any, shall be due by May 10, 2021, and Express Scripts' reply papers in further support, if any, shall be due by June 9, 2021.

Dated: March 31, 2021 By: /s/ Elizabeth A. Bozicevic
Christopher A. Smith, *Admitted Pro Hac Vice*
Sarah C. Hellmann, *Admitted Pro Hac Vice*
Matthew D. Knepper, *Admitted Pro Hac Vice*
Mohsen Pasha, *Admitted Pro Hac Vice*
Elizabeth A. Bozicevic, *Admitted Pro Hac Vice*
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
P: (314) 480-1500 / F: (314) 480-1505
chris.smith@huschblackwell.com
sarah.hellmann@huschblackwell.com
matt.knepper@huschblackwell.com
mohsen.pasha@huschblackwell.com
elizabeth.bozicevic@huschblackwell.com

Michelle L. Merola
Carmine J. Castellano
HODGSON RUSS, LLP
605 Third Avenue, Suite 2300
New York, NY 10158
P: (212) 751-4300
mmerola@hodgsonruss.com
ccastellano@hodgsonruss.com

***Attorneys for Defendant***
***Express Scripts, Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 31st day of March, 2021, the foregoing was filed electronically with the Clerk of Court, to be served by operation of the Court's electronic filing system upon all counsel of record.

*s/ Elizabeth A. Bozicevic*