UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
**NEW YORK CITY TRANSIT AUTHORITY**, :
: Case No. 1:19-cv-05196-JMF
Plaintiff, :
:
v. : **Notice of Express Scripts**
: **Inc.'s Motion to Exclude**
**EXPRESS SCRIPTS, INC.** : **Expert Testimony of**
: **Susan Hayes**
Defendant. :
------------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that, upon Express Scripts Inc.'s ("Express Scripts") Memorandum of Law in Support of its Motion to Exclude the Expert Testimony of Defendant New York City Transit Authority's Proposed Expert, Susan A. Hayes, the exhibits attached to the Declaration of Elizabeth A. Bozicevic filed in support of this motion, and upon all the papers and pleadings filed in this action, Express Scripts will move this Court before the Honorable Jesse M. Furman, United States District Judge for the Southern District of New York, at the United States District Courthouse, located at 40 Foley Square, New York, New York, Room 1105, for an Order pursuant to Federal Rules of Evidence 403 and 702 excluding the opinions of Susan A. Hayes and granting such other and further relief as the Court deems just and proper under the circumstances.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Memo Endorsement dated March 23, 2021 (Doc. No. 107), Plaintiff's opposition papers, if any, shall be due by May 10, 2021, and Express Scripts' reply papers in further support, if any, shall be due by June 9, 2021.

Dated: March 31, 2021  By: */s/ Elizabeth A. Bozicevic*
Christopher A. Smith, *Admitted Pro Hac Vice*
Sarah C. Hellmann, *Admitted Pro Hac Vice*
Matthew D. Knepper, *Admitted Pro Hac Vice*
Mohsen Pasha, *Admitted Pro Hac Vice*
Elizabeth A. Bozicevic, *Admitted Pro Hac Vice*
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
P: (314) 480-1500 / F: (314) 480-1505
chris.smith@huschblackwell.com
sarah.hellmann@huschblackwell.com
matt.knepper@huschblackwell.com
mohsen.pasha@huschblackwell.com
elizabeth.bozicevic@huschblackwell.com

Michelle L. Merola
Carmine J. Castellano
HODGSON RUSS, LLP
605 Third Avenue, Suite 2300
New York, NY 10158
P: (212) 751-4300
mmerola@hodgsonruss.com
ccastellano@hodgsonruss.com

***Attorneys for Defendant***
***Express Scripts, Inc.***

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 31st day of March, 2021, the foregoing was filed electronically with the Clerk of Court, to be served by operation of the Court's electronic filing system upon all counsel of record.

                                                   *s/ Elizabeth A. Bozicevic*