# Exhibit E

**Value of Compound Prescriptions Filled By 11 Specific Pharmacies During The Contract Term**

| Pharmacy Name | East Side Pharmacy | Fresh Rx | Forest Hill Pharmacy | MacDill Pharmacy | Bridgeport Pharmacy | DirectRx Pharmacy | Century Pharmacy | PRN Rx | Farma Pharmaceuticals | Pro Health Pharmacy | Right Care Pharmacy |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | 141779 | 624026 | 1023516 | 1042768 | 1476325 | 2642127 | 3309451 | 5133830 | 5654036 | 5808449 | 5811763 |
| 201604 | $ - | $ - | $ - | $ - | $ - | $ - | $ 32,368 | $ - | $ - | $ - | $ 17,750 |
| 201605 | $ - | $ - | $ - | $ - | $ - | $ - | $ 196,646 | $ - | $ - | $ - | $ 19,805 |
| 201606 | $ - | $ - | $ - | $ - | $ - | $ - | $ 166,425 | $ - | $ - | $ - | $ 84,691 |
| 201607 | $ - | $ - | $ - | $ - | $ - | $ - | $ 242,475 | $ - | $ - | $ - | $ 86,440 |
| 201608 | $ - | $ - | $ - | $ - | $ - | $ - | $ 209,871 | $ - | $ - | $ - | $ (68,297) |
| 201609 | $ - | $ - | $ - | $ 1,908 | $ - | $ - | $ 154,920 | $ - | $ - | $ - | $ 34,234 |
| 201610 | $ - | $ - | $ - | $ - | $ - | $ - | $ 193,325 | $ - | $ - | $ - | $ 51,802 |
| 201611 | $ - | $ - | $ - | $ - | $ - | $ - | $ 152,851 | $ - | $ - | $ 101,223 | $ 95,332 |
| 201612 | $ - | $ - | $ - | $ 5,698 | $ - | $ - | $ 26,391 | $ - | $ - | $ 124,693 | $ 44,825 |
| 201701 | $ - | $ - | $ - | $ 20,799 | $ - | $ - | $ 130,707 | $ - | $ - | $ 146,349 | $ 58,205 |
| 201702 | $ - | $ - | $ - | $ - | $ - | $ - | $ 140,766 | $ - | $ - | $ 129,571 | $ 79,780 |
| 201703 | $ - | $ - | $ - | $ 6,967 | $ - | $ - | $ 209,691 | $ - | $ - | $ 68,332 | $ 51,884 |
| 201704 | $ - | $ - | $ - | $ 11,474 | $ - | $ - | $ 164,657 | $ - | $ - | $ 201,226 | $ 71,300 |
| 201705 | $ - | $ - | $ - | $ 1,201,986 | $ - | $ - | $ 138,208 | $ - | $ - | $ 106,995 | $ 51,616 |
| 201706 | $ - | $ - | $ - | $ - | $ - | $ - | $ 175,336 | $ - | $ - | $ 172,160 | $ 39,724 |
| 201707 | $ 67,748 | $ - | $ - | $ - | $ - | $ - | $ 126,427 | $ - | $ - | $ 170,410 | $ 50,270 |
| 201708 | $ 110,718 | $ - | $ - | $ - | $ - | $ - | $ 18,082 | $ - | $ - | $ 191,798 | $ 42,965 |
| 201709 | $ 77,500 | $ - | $ - | $ - | $ - | $ - | $ - | $ 212,074 | $ - | $ 201,225 | $ 45,265 |
| 201710 | $ 58,998 | $ - | $ 4,210 | $ - | $ - | $ - | $ - | $ 201,135 | $ - | $ 142,225 | $ 81,776 |
| 201711 | $ 48,496 | $ - | $ - | $ - | $ - | $ - | $ - | $ 144,913 | $ - | $ 193,689 | $ 75,185 |
| 201712 | $ 47,645 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 248,331 | $ 105,690 |
| 201801 | $ - | $ 1,599,702 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 98,296 | $ - |
| 201802 | $ - | $ 927,839 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 201803 | $ - | $ 1,344,459 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 201804 | $ - | $ - | $ - | $ - | $ 686,204 | $ - | $ - | $ - | $ - | $ - | $ - |
| 201805 | $ - | $ - | $ - | $ - | $ 677,117 | $ - | $ - | $ - | $ - | $ - | $ - |
| 201806 | $ - | $ - | $ - | $ - | $ 649,866 | $ 202,317 | $ - | $ - | $ - | $ - | $ - |
| 201807 | $ - | $ - | $ - | $ - | $ 768,122 | $ 245,752 | $ - | $ - | $ - | $ - | $ - |
| 201808 | $ - | $ - | $ - | $ - | $ - | $ 17,343 | $ - | $ - | $ - | $ - | $ - |
| 201809 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 201810 | $ - | $ - | $ 6,438 | $ - | $ - | $ - | $ - | $ - | $ 90,372 | $ - | $ - |
| 201811 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 431,465 | $ - | $ - |
| 201812 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 248,331 | $ - |
| 201901 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 201902 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 201903 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 201904 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 201905 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total | $ 411,105 | $ 3,872,000 | $ 10,649 | $ 1,248,833 | $ 2,781,308 | $ 465,411 | $ 2,479,147 | $ 558,122 | $ 521,837 | $ 2,544,855 | $ 1,120,243 |