UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
NEW YORK CITY TRANSIT AUTHORITY,  :
:
                Plaintiff,  :
:   19-CV-5196 (JMF)
     -v-  :
:   ORDER
EXPRESS SCRIPTS, INC.,  :
:
                Defendant.  :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The following pages in Defendant's filings in support of its motion for summary judgment contain content that is illegible: ECF No. 116-5, at 9-34; ECF No. 116-6, at 2-7, 24-31; ECF No. 116-7, at 2-29; ECF No. 116-8, at 2-23; ECF No. 116-9, at 2-29; ECF No. 116-10, at 2-6, and ECF No. 117-1, at 2-23.  It is hereby ORDERED that Defendant shall refile legible (and, if possible, text-searchable) versions of each aforementioned exhibit no later than **October 29, 2021**, at **noon**.

       SO ORDERED.

Dated: October 27, 2021
      New York, New York
                                           JESSE M. FURMAN
                                         United States District Judge