UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK CITY TRANSIT AUTHORITY,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>EXPRESS SCRIPTS, INC.<br><br>　　　　　　Defendant. | No. 1:19-cv-05196 |

**NOTICE OF PLAINTIFF'S
MOTIONS *IN LIMINE* NUMBERS 1-6**

**PLEASE TAKE NOTICE**, that, Plaintiff New York City Transit Authority ("NYCTA"), through its attorneys, Baker & Hostetler LLP, respectfully moves this Court, before the Honorable Jesse M. Furman, United States District Judge for the Southern District of New York, at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, for an order pursuant to Federal Rules of Evidence 104, 402, 403, 602, 803(6), and 901 and Federal Rules of Civil Procedure 26(a)(2)(B)(i), 30(b)(6), 32(a)(3), and 37(c)(1) to preclude certain evidence from being presented at trial and further relief as the Court deems just and proper. In support, NYCTA submits the accompanying Memorandum of Law, Declaration of Stephanie A. Ackerman, and attachments thereto, which are being filed contemporaneously with this notice.

**PLEASE TAKE FURTHER NOTICE** that the Defendant's answering papers to the Plaintiff's motions *in limine* shall be served and filed on or before December 7, 2022.

Dated: November 23, 2022
       New York, New York

**BAKER & HOSTETLER LLP**

<u>*/s/ John Siegal*</u>
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
John Siegal
jsiegal@bakerlaw.com
Maximillian S. Shifrin
mshifrin@bakerlaw.com
Stephanie A. Ackerman
sackerman@bakerlaw.com
Alexa T. Bordner
abordner@bakerlaw.com

*Attorneys for Plaintiff New York City Transit Authority*