UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

NEW YORK CITY TRANSIT AUTHORITY,

                Plaintiff,

-against-                       1:19 Civ. 05196 ( JMF )

                                                                           MOTION FOR ADMISSION

EXPRESS SCRIPTS, INC.                          PRO HAC VICE

                      Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Michael J. Sebring hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Express Scripts, Inc. in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 11, 2023             Respectfully Submitted,

                                          Quinn, Emanuel, Urquhart & Sullivan, LLP

                                        Applicant Signature: /s/ Michael J. Sebring

                                        Applicant's Name: Michael J. Sebring

                                        Firm Name: Quinn, Emanuel, Urquhart & Sullivan, LLP

                                        Address: 1300 I Street NW, Suite 900

                                        City/State/Zip: Washington, DC 20005

                                        Telephone/Fax: (202) 538-8000 / (202) 538-8100

                                        Email: michaelsebring@quinnemanuel.com