# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

March 1, 2023

Stephanie A. Ackerman
direct dial: 212.847.2851
sackerman@bakerlaw.com

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   *New York City Transit Authority v. Express Scripts, Inc.*
      No. 1:19-cv-05196-JMF (S.D.N.Y.)

Dear Judge Furman:

      We represent the New York City Transit Authority, plaintiff in the above-captioned action, and write to request permission to submit corrected electronic versions of Plaintiff's exhibits listed below via the Court's file transfer protocol according to section D of Your Honor's Individual Rules and Practices for Hearings and Trials in advance of the March 13, 2023 trial date.

      There are no changes to the Plaintiff's exhibit list, Attachment E to the proposed joint pretrial order. ECF No. 205-5. The replacement exhibits reflect necessary redactions for protected health information, removal of over-redactions, inclusion of inadvertently omitted text or pages, separation of two marked exhibits combined into one file, or incorrect filenames.

- PX-092, PX-112, PX-121, PX-198, PX-219, PX-237, and PX-252 were updated to correct redactions.

- PX-192, PX-313, PX-327, and PX-333 were updated to include information that was inadvertently cut off in the prior marked version.

- PX-325 and PX-333 were inadvertently combined into one file and are being provided as two separate files.

- PX-333 is a native file that was mistakenly labeled as PX-325. A copy is being provided with the corrected filename.

- PX-331 is a native file with bates number NYCTA000064639 that was provided twice, once correctly marked as PX-331 and once incorrectly marked as PX-323.

- PX-051–052, PX-070, PX-072–073, PX-082, PX-091, PX-102–103, PX-105–106, PX-124, PX-126, PX-133, PX-135, PX-175, PX-194, PX-254, PX-296–297, PX-301, PX-306, PX-311, and PX-313 were updated to include pages and/or native files that were inadvertently omitted from the marked exhibits.

Copies of the updated marked exhibits have also been provided to counsel for Defendant.

Please do not hesitate to have a member of Your Honor's staff contact the undesigned if additional information is required.

Respectfully submitted,

*/s/ Stephanie A. Ackerman*
Stephanie A. Ackerman