UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
            :
NEW YORK CITY TRANSIT AUTHORITY,   :
            :
         Plaintiff,   :
            :      19-CV-5196 (JMF)
         -v-   :
            :      <u>ORDER</u>
EXPRESS SCRIPTS, INC.,   :
            :
         Defendant.   :
            :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court has received and reviewed the parties' requests for electronic devices and believes the requests are excessive. The Court is prepared to allow the following:

- <u>One</u> laptop and <u>one</u> cellphone (along with appropriate charging cables) for <u>each</u> attorney and paralegal.

- Two laptops and the other equipment requested for each Tech Specialist, but <u>not</u> jetpacks, as each side has requested and will be granted Wi-Fi.

      Each side should conform its requested order to the above and resubmit it to the Court for its signature. The authorization dates on the proposed order should include both the final pretrial conference date (March 7, 2023) and the trial dates.

      The Court emphasizes that **<u>all electronic devices must be muted throughout trial; failure to do so may result in confiscation of the device or termination of the Court's authorization.</u>** Further, use of electronic devices in the Courtroom is limited to trial-related purposes.

      SO ORDERED.

Dated: March 3, 2023
      New York, New York

                                                              JESSE M. FURMAN
                                                             United States District Judge