# EXHIBIT B



# NYCT Prescription Drug
# ESI – 2019 Contract Extension Analysis

**December 6, 2018**

Proprietary & Confidential



Confidential

NYCTA000020437

**PX-127**

# Rx Request For Proposal 2015 Year by Year Results

Amounts from the September 2015 Staff Summary

| ESI BAFO Results | 2016 | 2017 | 2018 | 2016 - 2018 | 2019 | 2016 - 2019 |
|---|---|---|---|---|---|---|
| Claims | $290,460,000 | $318,210,000 | $349,400,000 | $958,070,000 | $375,070,000 | $1,333,140,000 |
| Administrative Costs | $ 2,180,000 | $ 2,180,000 | $ 2,180,000 | $ 6,540,000 | $ 2,180,000 | $ 8,720,000 |
| Guaranteed Rebates | ($ 51,770,000) | ($ 58,280,000) | ($ 69,160,000) | ($179,210,000) | ($ 67,350,000) | ($246,560,000) |
| EGWP Revenue | ($ 33,450,000) | ($ 33,450,000) | ($ 33,450,000) | ($100,350,000) | ($ 33,450,000) | ($133,800,000) |
| Compound Drugs | $ 14,480,000 | $ 14,480,000 | $ 14,480,000 | $ 43,440,000 | $ 14,480,000 | $ 57,920,000 |
| ESI Net Plan Costs - BAFO | $221,900,000 | $243,140,000 | $263,450,000 | $728,490,000 | $290,930,000 | $1,019,420,000 |
| | | | | | | |
| Optum BAFO | $227,740,000 | $253,230,000 | $283,110,000 | $764,080,000 | $309,410,000 | $1,073,490,000 |
| ESI Savings vs. Optum BAFO | ($ 5,840,000) | ($ 10,090,000) | ($ 19,660,000) | ($ 35,590,000) | ($ 18,480,000) | ($ 54,070,000) |
| | | | | | | |
| Optum Prior Contract | $244,010,000 | $274,390,000 | $308,290,000 | $826,690,000 | $337,590,000 | $1,164,280,000 |
| ESI Savings vs. Optum Prior | ($ 22,110,000) | ($ 31,250,000) | ($ 44,840,000) | ($ 98,200,000) | ($ 46,660,000) | ($144,860,000) |

- In 2015, an RFP was conducted by Aon on behalf of the MTA that awarded prescription drug coverage to Express Scripts (ESI). The figures shown above reflect the claims, administrative costs, rebates, EGWP revenue, and compound drugs for commercial and EGWP combined from the RFP for 2016 through 2019.

- Based on the RFP, savings over the three year period from 2016 to 2018 were $35.59 million as compared to Optum's Best and Final Offer (BAFO), and $98.2 million as compared to Optum's contract at the time. Based on four year period from 2016 to 2019 were $51.1 million as compared to Optum's Best and Final Offer (BAFO), and $144.8 million as compared to Optum's contract at the time.

- The $144.8 million of savings ("ESI Savings vs. Optum Prior") represents 15.1% of non-compound total costs.

AON
Empower Results®

Confidential

**PX-127**

## Rx RFP Results – Adjusted to April 1, 2016 Implementation Date

| ESI BAFO Results | 2Q16 - 4Q16 | 2017 | 2018 | 2Q16 - 4Q18 | 2019 | 2Q16 - 4Q19 |
|---|---|---|---|---|---|---|
| Claims | $220,730,000 | $318,210,000 | $349,400,000 | $888,340,000 | $375,070,000 | $1,263,410,000 |
| Administrative Costs | $ 1,660,000 | $ 2,180,000 | $ 2,180,000 | $ 6,020,000 | $ 2,180,000 | $ 8,200,000 |
| Guaranteed Rebates | ($ 39,340,000) | ($ 58,280,000) | ($ 69,160,000) | ($166,780,000) | ($ 67,350,000) | ($234,130,000) |
| EGWP Revenue | ($ 25,410,000) | ($ 33,450,000) | ($ 33,450,000) | ($ 92,310,000) | ($ 33,450,000) | ($125,760,000) |
| Compound Drugs | $ 11,000,000 | $ 14,480,000 | $ 14,480,000 | $ 39,960,000 | $ 14,480,000 | $ 54,440,000 |
| **ESI Net Plan Costs - BAFO** | **$168,640,000** | **$243,140,000** | **$263,450,000** | **$675,230,000** | **$290,930,000** | **$966,160,000** |
| | | | | | | |
| Optum BAFO | $173,070,000 | $253,230,000 | $283,110,000 | $709,410,000 | $309,410,000 | $1,018,820,000 |
| *RFP Savings* | *($ 4,430,000)* | *($ 10,090,000)* | *($ 19,660,000)* | *($ 34,180,000)* | *($ 18,480,000)* | *($ 52,660,000)* |
| | | | | | | |
| **Optum Contracted** | **$185,430,000** | **$274,390,000** | **$308,290,000** | **$768,110,000** | **$337,590,000** | **$1,105,700,000** |
| *RFP Savings* | *($ 16,790,000)* | *($ 31,250,000)* | *($ 44,840,000)* | *($ 92,880,000)* | *($ 46,660,000)* | *($139,540,000)* |

- The figures above reflect the same results as the prior slide, only Calendar Year 2016 has been adjusted to reflect the April 1, 2016 ESI implementation date.

- Based on the RFP, savings over the 33 month period (last three quarters of 2016 plus calendar years 2017 and 2018) were $34.18 million as compared to Optum's Best and Final Offer (BAFO), and $92.88 million as compared to Optum's contract at the time. Savings from the April 1, 2016 through December 31, 2019 were $52.66 million vs. Optum's Best and Final, and $139.54 million as compared to Optum's contract at the time.

Amount from Staff Summary Modification No. 2 – Extending ESI Contract

**AON**
Empower Results®

Confidential

**PX-127**

## Comparison of Actual 2016 & 2017 Costs Plus Forecasted 2018 With 2015 ESI's BAFO

| Historical Lookbacks | 2Q16 - 4Q16 | 2017 | 2018 | Total |
|---|---|---|---|---|
| Claims | $267,270,000 | $420,610,000 | $415,160,000 | $1,103,040,000 |
| Administrative Costs | $ 1,950,000 | $ 2,770,000 | $ 2,880,000 | $ 7,600,000 |
| Rebates | ($ 43,530,000) | ($ 64,020,000) | ($ 84,970,000) | ($192,520,000) |
| EGWP Revenue | ($ 21,710,000) | ($ 31,010,000) | ($ 31,970,000) | ($ 84,690,000) |
| Total - Lookback | $203,980,000 | $328,350,000 | $301,100,000 | $833,430,000 |
| | | | | |
| ESI Net Plan Costs - BAFO | $168,640,000 | $243,140,000 | $263,450,000 | $675,230,000 |
| *Difference* | *$ 35,340,000* | *$ 85,210,000* | *$ 37,650,000* | *$158,200,000* |

10 Months Actual, 2 Months Projected

- Over the 33 month period, net plan costs under ESI have exceeded the RFP BAFO estimate by $158.2 million. The majority of the overage is associated with excessive compound spend, with enrollment growth and higher than expected utilization contributing as well.
- Enrollment grew by 3.2% between the RFP assumption and the average enrollment for the 33 month period (from 149,000 members to 153,700).



**Reconciliation**

| | |
|---|---|
| **Excessive Compound Spend** | $84,400,000 |
| **Enrollment Growth** | $21,000,000 |
| **Utilization Increase** | $52,800,000 |
| **Total** | **$158,200,000** |

Amounts from the Staff Summary Modification 2 Extending ESI Contract

AON
Empower Results®

Confidential

NYCTA000020440

**PX-127**



# Compound Drug

Proprietary & Confidential



NYCTA000020441

**PX-127**

## Compound Spend Management

- The MTA is unable to exclude any compound since Compound Drugs are covered under the Plan
- The MTA is allowed to deny a compound if it contains a component that is not FDA approved.  In these situations, the non-approved component is usually removed or replaced with an approved component, and the compound is issued anyway.



AON
Empower Results®

Confidential

NYCTA000020442

**PX-127**

## NYCT Actual Historical Compound Spend By Month



- Compound prescriptions are specifically prepared by a pharmacist and involves a mixture of two or more different ingredients in a specific strength and dosage.
- Compound spend prior to 2016 was less than $1,000,000 a month for the Commercial and EGWP population combined.
- Compound spend began rapidly rising in 2016 to a peak of $8.8 million in March 2017.  The MTA has taken steps to reduce excessive compound spend, and the monthly spend has returned to levels much closer to the 2014-2016 levels.

Proprietary & Confidential | December 6,  2018

7

AON
Empower Results®

Confidential

NYCTA000020443

**PX-127**

## Audit Results of Denied Compound Drug Claims
## Optum Compared to ESI

| | Month | Commercial | EGWP |
|---|---|---|---|
| Optum | 2015 01 | 286 | |
| | 2015 02 | 266 | |
| | 2015 03 | 278 | |
| | 2015 04 | 277 | *EGWP Rejections Not Provided By Optum* |
| | 2015 05 | 226 | |
| | 2015 06 | 235 | |
| | 2015 07 | 252 | |
| | 2015 08 | 237 | |
| | 2015 09 | 253 | |
| | 2015 10 | 275 | |
| | 2015 11 | 237 | |
| | 2015 12 | 255 | |
| | 2016 01 | 235 | |
| | 2016 02 | 286 | |
| | 2016 03 | 279 | |
| ESI | 2016 04 | 371 | 175 |
| | 2016 05 | 342 | 175 |
| | 2016 06 | 223 | 162 |
| | 2016 07 | 189 | 139 |
| | 2016 08 | 299 | 145 |
| | 2016 09 | 297 | 126 |
| | 2016 10 | 298 | 169 |
| | 2016 11 | 260 | 120 |
| | 2016 12 | 665 | 100 |

- Rejections associated with compound drugs actually increased under ESI. For the 15 months starting on January 1, 2015, Optum rejected 258 compound claims per month, on average, for Commercial coverage (they did not provide EGWP rejections for this period).

- Under the first 9 months of ESI coverage, there were an average of 327 Commercial compound claims rejected per month, with 665 Commercial rejections in December of 2016.

- Supports the premise that Optum was not more aggressive than ESI in adjudicating Compound Drugs

- In addition, a number of physicians with high Compound Drug scripts appeared for the first time through ESI that never had material scripts under Optum

AON
Empower Results®

Confidential

NYCTA000020444

**PX-127**

## The Compound Drug Scheme – Similar Experience to NYCT

- Compound Medicine: Allegedly Custom-Tailored to Unique Health Needs of Individual Patients

- Targeted TRICARE and Other Government Programs

- In the first 9 months of 2015, TRICARE paid $1.7 billion, or 20% of their total prescription drug budget, on compounded drugs

- Compared to just $23 million in 2010, a 7,291% increase

- In two years, TRICARE's average cost for a compound drug jumped from $192 to $2,595

AON
Empower Results®

Confidential

NYCTA000020445

**PX-127**

## TRICARE Monthly Compound Expense



AON
Empower Results®

Confidential

**PX-127**



Aon Large Case ESI Drug Coalition Compound Medicine Cost

Confidential

NYCTA000020447

**PX-127**

## Compounding Pharmacy Fraud: Fact Patterns & Trends

- Physician Kickback Schemes:
  - Research Studies
  - Medical Director Positions
  - Providing High Salary Jobs to Spouses, Family Members
  - "Evaluation" or "Encounter" Fees for TeleMed Docs
- Marketer Kickback Schemes
  - % Based Compensation to Marketer; Commissions as High as $8,000 per script
  - Concealed as Hourly Fees for Lead Generation, Consulting, Patient Screening, Patient Verification
- Patient Kickback Schemes:
  - Co-Pay Assistance
  - Research Participation Fees
  - % Payments and Untraceable Gift Cards
- Other Schemes
  - Identify Theft: Unsolicited Deliveries to TRICARE Beneficiaries
  - Targeted Phone Solicitations, Phishing Schemes
  - Doctors and Patients in Different States; No Physician Evaluation = No Bona Fide Patient – Physician Relationship
  - Changing Formulas to Maximize Reimbursement



Confidential

NYCTA000020448

**PX-127**

## NYCT's  Taken Regarding Spike In Compound Drug Spend

- Starting in September 2016, 5 months into the ESI contract, NYCT met with TWU Leadership about the spike in compound drugs and the need to implement controls.
- As compound drug cost continued, NYCT notified:
  - NYCT HR Leadership
  - Labor Relations
  - MTA General Auditors
  - MTA Inspector General - Reaches out to NYCT Legal, FBI Task Force on Compound Drug Marketers, NYS Attorney General
- NYCT monitors bi-weekly Physician Prescribing Practices and spend by Pharmacy for Questionable Business Practices to identify abusers and eliminate them from being reimbursed by the Plan
- Action to Date:
  - 34 Pharmacies are denied re-imbursements from the plan 21 of which are outside NY, NJ area
  - One pharmacy had just under $30,000,000 in claims before being shut down on May 1, 2017. This pharmacy had $0 claims under Optum
  - 25 Physicians are excluded from coverage under the Plan
  - Two Physicians had $35,000,000 in claims through 6,000 scripts
- March 2018 – MTA bus driver pleaded guilty to Compound Drug fraud of $5 Million
  - June 2018 – Another MTA bus driver admits to $2.9 Million in unnecessary Compound medications other MTA employees are suspected of participating
  - According to the MTA IG – 3 other bus drivers have come forward

AON
Empower Results®

NYCTA000020449

**PX-127**

## ESI's Official Position on Compound Drug Processing Under NYCT Contract

- Compound medications are prescription drugs when written by a licensed physician (or corresponding profession, as determined by each state)
- Doctors have the prerogative to use a medication for anything they feel will benefit the member (including off label, experimental use)
- This can be expanded to pretty much anything…
- We use First Data Bank and Medispan as our drug information source.  ESI does NOT set prices
- The NDCs that are passed to ESI on a weekly basis from these sources are used to adjudicate all claims
- We do review all NDCs and, for clients that manage compounds, NDCs are added and removed based on clinical evaluation and P&T approval
- In all 50 states (and territories), pharmacy compounding is allowed and accepted as standard of practice to treat patients (with a prescription)
- Compounds are not FDA-approved medications but instead are a combination of FDA-approved products.  Each state allows compounding based on a doctors' orders



Confidential

**PX-127**

## ESI's Official Position on Compound Drug Processing Under NYCT Contract

- As long as valid NDCs are used to submit a compound request for NYCTA, the compound will process based on the information/ setup below which was agreed upon when implemented 4/1/2016.
- The account team has presented ESI's Compound Management Solution Program to NYCTA as a way to best manage the cost for compounds.
- There is no standard by which to evaluate the appropriateness and effectiveness of a compound product as there are no established guidelines
- However, compounded products are necessary in rare situations where the commercial product will not work for the patient (primarily children where they cannot ingest the commercially available product).

A compounded prescription is a medication that consists of two or more ingredients that are weighed, measured, prepared or mixed according to prescription order.



Confidential

NYCTA000020451

**PX-127**



# Utilization and Drug Mix
# Contribution to Underestimating Cost

Proprietary & Confidential



NYCTA000020452

**PX-127**

# Estimated Savings From Awarding ESI The Contract Based On Actual Claims

| | | COMMERCIAL | | | |
|---|---|---|---|---|---|
| | | Spend | | Savings | |
| | | Projected | Reprice | Projected | Reprice |
| | 2016 | $169,606,200 | $204,025,000 | $14,972,700 | $16,400,000 |
| | 2017 | $184,219,500 | $244,680,000 | $20,363,400 | $21,920,000 |
| | 2018 | $198,459,000 | | $28,396,400 | |
| | 2019 | $215,624,600 | | $30,128,000 | |
| Commercial Total | | $767,909,300 | | $93,860,500 | 108.4% |

| | | EGWP | | | |
|---|---|---|---|---|---|
| | | Spend | | Savings | |
| | | Projected | Reprice | Projected | Reprice |
| | 2016 | $85,749,400 | $103,200,000 | $7,133,500 | $2,900,000 |
| | 2017 | $92,373,700 | $105,300,000 | $10,884,000 | $13,990,000 |
| | 2018 | $98,430,800 | | $16,446,900 | |
| | 2019 | $108,746,600 | | $16,535,500 | |
| EGWP Total | | $385,300,500 | | $50,999,900 | 93.7% |

| NYCTA Combined | $1,153,209,800 | | $144,860,400 | 103.5% |
|---|---|---|---|---|

> Aon redid the RFP analysis using the experience period actual data (eliminating trend) and found that in aggregate ESI has so far delivered 103.5% of the estimated savings from previous contract

**Notes**

Reprice Analysis compares minimum guarantees (ESI BAFO v ORx Baseline) for the experience period

Analysis excludes CMS Revenue, Compounds, Vaccines, Paper Claims etc.

**AON**
Empower Results®

Confidential

**PX-127**

# Reconciliation Of Actual Cost Over RFP Projected Cost – Utilization/Drug Mix

| Commercial Population | Overall | Non-Specialty | Specialty |
|---|---|---|---|
| Previous Plan Cost PMPM | $171.25 | $122.91 | $48.33 |
| Utilization | ⬆ 6.0% | ⬆ 5.8% | ⬆ 19.2% |
| Inflation | ⬆ 1.6% | ⬆ 0.3% | ⬆ 6.5% |
| Drug Mix | ⬆ 3.1% | ⬆ 3.1% | ⬇ -9.1% |
| Discount | ⬇ -3.9% | ⬇ -6.3% | ⬆ 0.2% |
| Cost Share | ⬇ -0.2% | ⬇ -0.4% | ⬇ 0.0% |
| Change in Plan Cost PMPM | 6.5% | 2.5% | 16.7% |
| Current Plan Cost PMPM | $182.42 | $125.99 | $56.43 |

| | |
|---|---|
| Previous Plan Cost Net PMPM | $148.54 |
| Change in Plan Cost Net PMPM | 4.0% |
| Current Plan Cost Net PMPM | $154.47 |

| EGWP Population | Overall | Non-Specialty | Specialty |
|---|---|---|---|
| Previous Plan Cost PMPM | $439.36 | $325.13 | $114.23 |
| Utilization | ⬆ 3.7% | ⬆ 3.7% | ⬆ 10.1% |
| Inflation | ⬆ 4.5% | ⬆ 3.7% | ⬆ 8.1% |
| Drug Mix | ⬆ 2.2% | ⬆ 1.0% | ⬆ 2.2% |
| Discount | ⬇ -1.4% | ⬇ -3.5% | ⬆ 0.4% |
| Cost Share | ⬆ 0.2% | ⬆ 0.1% | ⬆ 0.2% |
| Change in Plan Cost PMPM | 9.2% | 5.1% | 21.1% |
| Current Plan Cost PMPM | $479.86 | $341.59 | $138.27 |

| | |
|---|---|
| Previous Plan Cost Net PMPM | $364.14 |
| Change in Plan Cost Net PMPM | 7.9% |
| Current Plan Cost Net PMPM | $393.04 |

Growth in Specialty Drug utilization and price inflation continues to be the largest contributor to prescription drug trend.

Specialty plan cost grew by 30% YoY from 2014 (the base year for projections) through 2017, which is 9% pts higher than RFP assumptions and accounts for ≈$36M or 70% of unanticipated spend. Inflammatory Conditions and Cancer continue to be the main drivers of specialty drug trend.

Date Range 4/17-3/18 versus 4/16-3/17

AON
Empower Results®

Confidential

NYCTA000020454

**PX-127**



# Development of Cost for 2019 Option Year

Proprietary & Confidential



NYCTA000020455

**PX-127**

## 2019 Projected Cost – Calculation – Staff Summary Mod. #2

| ( a ) | $416,906,659 | Paid October 2017 - September 2018, Commericial & EGWP |
|---|---|---|
| ( b ) | ($9,735,549) | Compound Adjustment (reversion to "normal" levels @ $1.5 million per month) |
| ( c ) | 9.0% | Annual Trend, Based on 2018 Aon Trend Survey Guidance |
| ( d ) | 16 | Months of Trend (Midpoint 4/1/17 to 7/1/19), Plus One Month for Payment Lag |
| ( e ) | 1.122 | Trend Factor |
| ( f ) | $456,750,000 | Projected Claims (rounded), = ( a ) + ( b ) x ( e ) |
| ( g ) | ($33,345,000) | Projected 2019 EGWP Revenue |
| ( h ) | ($109,360,000) | Guaranteed Rebates (from Market Check) |
| ( i ) | ($3,310,000) | Pricing Improvements (from Market Check) |
| ( j ) | $3,030,000 | Administrative Costs (from 2017 levels, trended 3% per year) |
| ( k ) | $9,135,000 | Margin (2.0% of Claims) |
| ( l ) | $322,900,000 | Estimated 2019, = sum of ( f ) through ( k ) |

- The 2019 Projected Cost is based on 12 recent months of claims spend, adjusted downward to reflect recent compound monthly spend, and trended forward at a 9% annual increase.  An additional margin on claims has been added that was worth roughly 2.0% of claims.
- Projected 2019 EGWP revenue reflects funding from Medicare for Medicare eligible lives covered under the EGWP plan.  This reflects a monthly subsidy from Medicare, Federal Reinsurance, manufacturer discounts in the coverage gap, and low income subsidies. This revenue is based on 2017 and 2018 revenue levels.
- Guaranteed rebates and pricing improvements reflect the results of a recent market check conducted by Aon.  These reflect a total cost avoidance of $15 million.

Amount in the Staff
Summary Modification 2 –
Extending ESI Contract

20

AON
Empower Results®

NYCTA000020456

**PX-127**

## 2019 Projected Cost vs. Original RFP Estimate

| | 2019 | | Comments on Restated Calculation |
|---|---|---|---|
| | ESI RFP BAFO | Restated | |
| Claims | $375,060,000 | $447,885,000 | Trended at 9% per year, and includes 2.0% margin |
| Administrative Costs | $2,180,000 | $3,030,000 | Based on 2017 and 2018 levels, trended up at 3% per year |
| Guaranteed Rebates | ($67,350,000) | ($97,670,000) | Prior to improvements from 2018 market check |
| EGWP Revenue | ($33,450,000) | ($33,345,000) | Based on 2017/2018 levels |
| Compound Drugs | $14,480,000 | $18,000,000 | Assumes $1.5 million of compound spend per month |
| 2018 Market Check for 2019 | n/a | ($15,000,000) | Reflects improvements in discounts and rebates |
| **ESI Net Plan Costs** | **$290,920,000** | **$322,900,000** | |
| *Difference* | | *$31,980,000* | |

- "**ESI RFP BAFO**" reflects the Best and Final estimate in the 2015 Rx RFP for the fourth optional year under ESI.
- "**Restated**" 2019 costs, based on recent experience and market checks, are $31.98 million higher than the estimate in the Rx RFP. This reflects the calculation shown on the prior page, only bucketed to be compared in a similar fashion to the Rx RFP.

> Amount in Staff Summary for Modification 2



Confidential

NYCTA000020457

**PX-127**



Selected Slides from 2015 Rx RFP - BAFO

Proprietary & Confidential



# Executive Summary—Financial Results Summary
## Four Year Projected Net Savings

|  | Vendor | Commercial | | |
|---|---|---|---|---|
|  |  | CVS Health | Express Scripts | OptumRx |
|  | Catamaran | $86,220,000 | $81,630,000 | $74,870,000 |
| EGWP | CVS Health | **$132,990,000** | $128,400,000 | $121,640,000 |
|  | Express Scripts | $141,020,000 | **$144,800,000** | $129,670,000 |
|  | OptumRx | $102,050,000 | $97,460,000 | **$90,700,000*** |

*OptumRx's BAFO offered to implement the new pricing upon award if OptumRx were selected for both Commercial and EGWP. That would increase the savings for a combined award to OptumRx by approximately $1.36 million per month, through the date when CVS or ESI would be able to implement.

- Savings are calculated as estimated value of each bidder's cost proposal vs. projected costs under current OptumRx/UHC contract
- Details of each financial proposal are found in Part I of this presentation

**AON**
Empower Results®

Confidential

**PX-127**

# Executive Summary—Financial Results Summary
## Commercial Population

| Net Plan Cost Summary—2016 | | | | |
|---|---|---|---|---|
| Proposals | Total Projected Net Cost | Projected Net Plan Savings (Cost) vs. Current | % Net Savings (Cost) vs. Current | Difference From Best Bid | Ranking |
| Current Contract | $184,580,000 | | | | |
| CVS Health BAFO | $169,850,000 | $14,730,000 | 8.0% | $320,000 | 3 |
| ESI BAFO | $169,610,000 | $14,970,000 | 8.1% | $80,000 | 2 |
| ESI BAFO (No EGWP) | $171,510,000 | $13,070,000 | 7.1% | $1,980,000 | 4 |
| OptumRx BAFO | $169,530,000 | $15,050,000 | 8.2% | $0 | 1 |

| Net Plan Cost Summary—2016-2019 | | | | |
|---|---|---|---|---|
| Proposals | Total Projected Net Cost | Projected Net Plan Savings (Cost) vs. Current | % Net Savings (Cost) vs. Current | Difference From Best Bid | Ranking |
| Current Contract | $861,700,000 | | | | |
| CVS Health BAFO | $771,690,000 | $90,010,000 | 10.4% | $3,780,000 | 2 |
| ESI BAFO | $767,910,000 | $93,790,000 | 10.9% | $0 | 1 |
| ESI BAFO (No EGWP) | $776,280,000 | $85,420,000 | 9.9% | $8,370,000 | 3 |
| OptumRx BAFO | $783,040,000 | $78,660,000 | 9.1% | $15,130,000 | 4 |

Net Plan Costs = Gross costs less member cost share and rebates plus base administration fees and claim costs that are excluded from PBM financial guarantees

AON
Empower Results®

Confidential

NYCTA000020460

**PX-127**

# Executive Summary—Financial Results Summary
# EGWP Population

| Net Plan Cost Summary—2016 | | | | | |
|---|---|---|---|---|---|
| Proposals | Total Projected Net Cost | Projected Net Plan Savings (Cost) vs. Current | % Net Savings (Cost) vs. Current | Difference From Best Bid | Ranking |
| Current Contract | $59,430,000 | | | | |
| Catamaran (Optum Alt) BAFO | $62,690,000 | ($3,260,000) | -5.5% | $10,390,000 | 4 |
| CVS Health BAFO | $53,140,000 | $6,290,000 | 10.6% | $840,000 | 2 |
| ESI BAFO | $52,300,000 | $7,130,000 | 12.0% | $0 | 1 |
| OptumRx BAFO | $58,210,000 | $1,220,000 | 2.1% | $5,910,000 | 3 |

| Net Plan Cost Summary—2016-2019 | | | | | |
|---|---|---|---|---|---|
| Proposals | Total Projected Net Cost | Projected Net Plan Savings (Cost) vs. Current | % Net Savings (Cost) vs. Current | Difference From Best Bid | Ranking |
| Current Contract | $302,520,000 | | | | |
| Catamaran (Optum Alt) BAFO | $306,310,000 | ($3,790,000) | -1.3% | $54,800,000 | 4 |
| CVS Health BAFO | $259,540,000 | $42,980,000 | 14.2% | $8,030,000 | 2 |
| ESI BAFO | $251,510,000 | $51,010,000 | 16.9% | $0 | 1 |
| OptumRx BAFO | $290,480,000 | $12,040,000 | 4.0% | $38,970,000 | 3 |

Net Plan Costs = Gross costs less member cost share, rebates and CMS subsidy/reinsurance/manufacturer discounts plus base administration fees and claim costs that are excluded from PBM financial guarantees

AON
Empower Results®

Confidential

**PX-127**

## Executive Summary—Financial Results Summary
## Commercial and EGWP Combined*

| Net Plan Cost Summary—2016 | | | | |
|---|---|---|---|---|
| Proposals | Total Projected Net Cost | Projected Net Plan Savings (Cost) vs. Current | % Net Savings (Cost) vs. Current | Difference From Best Bid | Ranking |
| Current Contract | $244,010,000 | | | | |
| CVS Health BAFO | $222,990,000 | $21,020,000 | 8.6% | $1,080,000 | 2 |
| Express Scripts BAFO | $221,910,000 | $22,100,000 | 9.1% | $0 | 1 |
| OptumRx BAFO | $227,750,000 | $16,260,000 | 6.7% | $5,840,000 | 3 |

| Net Plan Cost Summary—2016-2019 | | | | |
|---|---|---|---|---|
| Proposals | Total Projected Net Cost | Projected Net Plan Savings (Cost) vs. Current | % Net Savings (Cost) vs. Current | Difference From Best Bid | Ranking |
| Current Contract | $1,164,200,000 | | | | |
| CVS Health BAFO | $1,031,220,000 | $132,980,000 | 11.4% | $11,810,000 | 2 |
| Express Scripts BAFO | $1,019,410,000 | $144,790,000 | 12.4% | $0 | 1 |
| OptumRx BAFO | $1,073,510,000 | $90,690,000 | 7.8% | $54,100,000 | 3 |

*Assumes The Authority selects a single vendor for both Commercial and EGWP contracts

- Net Plan Costs = Gross costs less member cost share, rebates and CMS subsidy/reinsurance/manufacturer discounts plus base administration fees and claim costs that are excluded from PBM financial guarantees

AON
Empower Results®

Confidential

NYCTA000020462

**PX-127**

## Financial Results Summary - Four Year Projected Net Savings

| | Vendor | Commercial | | |
|---|---|---|---|---|
| | | CVS Health | Express Scripts | OptumRx |
| EGWP | Catamaran | $86,220,000 | $81,630,000 | $74,870,000 |
| | CVS Health | **$132,990,000** | $128,400,000 | $121,640,000 |
| | Express Scripts | $141,020,000 | **$144,800,000** | $129,670,000 |
| | OptumRx | $102,050,000 | $97,460,000 | **$90,700,000*** |

*OptumRx's BAFO offered to implement the new pricing upon award if OptumRx were selected for both Commercial and EGWP. That would increase the savings for a combined award to OptumRx by approximately $1.36 million per month, through the date when CVS or ESI would be able to implement.

- Savings are calculated as estimated value of each bidder's cost proposal vs. projected costs under current OptumRx/UHC contract

AON
Empower Results®

Confidential                                                                                                    NYCTA000020463

**PX-127**

# Financial Summary—**Commercial** Contract Year One (2016)

| The Authority—Pharmacy Pricing 2016 | | | | | |
|---|---|---|---|---|---|
| | OptumRx - Current | CVS Health BAFO | ESI BAFO | ESI BAFO (No EGWP) | OptumRx BAFO |
| Formulary Year | 2014 | 2015 | 2015 | 2015 | 2015 |
| Deal Type | Contracted - Traditional | Traditional | Traditional | Traditional | Traditional |
| **Allowed Charges** (discounted ingredient cost + dispensing fees) | $204,310,000 | $198,690,000 | $197,710,000 | $199,610,000 | $194,160,000 |
| **Allowed Charges - Ingredient Cost** | $203,740,000 | $198,300,000 | $197,130,000 | $199,040,000 | $193,710,000 |
| **Allowed Charges - Dispensing Fees** | $   570,000 | $   390,000 | $   570,000 | $   570,000 | $   450,000 |
| **Member Cost Share (copays, coinsurance, etc.)** | $ 3,800,000 | $ 3,460,000 | $ 3,460,000 | $ 3,460,000 | $ 3,730,000 |
| **Allowed Charges - Net of Member Cost Share** | $200,510,000 | $195,240,000 | $194,240,000 | $196,150,000 | $190,420,000 |
| **Administration Fees** | $        0 | $        0 | $        0 | $        0 | $        0 |
| **Guaranteed Rebates** | ($ 21,340,000) | ($ 30,790,000) | ($ 30,040,000) | ($ 30,040,000) | ($ 26,290,000) |
| **Claims Excluded from Guarantees** (e.g. compounds) | $ 5,400,000 | $ 5,400,000 | $ 5,400,000 | $ 5,400,000 | $ 5,400,000 |
| **Net Plan Cost** | **$184,580,000** | **$169,850,000** | **$169,610,000** | **$171,510,000** | **$169,530,000** |
| **Net Plan Savings (Cost) over Current $$** | | **$ 14,730,000** | **$ 14,970,000** | **$ 13,070,000** | **$ 15,050,000** |
| **Net Plan Savings (Cost) Over Current %** | | **8.0%** | **8.1%** | **7.1%** | **8.2%** |
| RANK | | 3 | 1 | 4 | 2 |

AON
Empower Results®

Confidential

NYCTA000020464

**PX-127**

## Financial Summary—**Commercial** Four Year Contract Term (2016–2019)

| The Authority—Pharmacy Pricing 1/1/16–12/31/19 | | | | | |
|---|---|---|---|---|---|
| | OptumRx - Current | CVS Health BAFO | ESI BAFO | ESI BAFO (No EGWP) | OptumRx BAFO |
| Formulary Year | 2014 | 2015 | 2015 | 2015 | 2015 |
| Deal Type | Contracted - Traditional | Traditional | Traditional | Traditional | Traditional |
| Allowed Charges (discounted ingredient cost + dispensing fees) | $935,150,000 | $908,240,000 | $903,560,000 | $911,930,000 | $889,630,000 |
| Allowed Charges—Ingredient Cost | $932,830,000 | $906,660,000 | $901,230,000 | $909,600,000 | $887,800,000 |
| Allowed Charges—Dispensing Fees | $ 2,330,000 | $ 1,590,000 | $ 2,330,000 | $ 2,330,000 | $ 1,830,000 |
| Member Cost Share (copays, coinsurance, etc.) | $ 14,320,000 | $ 12,960,000 | $ 12,980,000 | $ 12,980,000 | $ 14,060,000 |
| Allowed Charges—Net of Member Cost Share | $920,840,000 | $895,290,000 | $890,580,000 | $898,950,000 | $875,560,000 |
| Administration Fees | $         0 | $         0 | $         0 | $         0 | $         0 |
| Guaranteed Rebates | ($ 80,750,000) | ($145,210,000) | ($144,280,000) | ($144,280,000) | ($114,140,000) |
| Claims Excluded from Guarantees (e.g. compounds) | $ 21,610,000 | $ 21,610,000 | $ 21,610,000 | $ 21,610,000 | $ 21,610,000 |
| Net Plan Cost | **$861,700,000** | **$771,690,000** | **$767,910,000** | **$776,280,000** | **$783,040,000** |
| Net Plan Savings (Cost) over Current $$ | | $ 90,010,000 | $ 93,790,000 | $ 85,420,000 | $ 78,660,000 |
| Net Plan Savings (Cost) Over Current % | | 10.4% | 10.9% | 9.9% | 9.1% |
| RANK | | 2 | 1 | 3 | 4 |

AON
Empower Results®

NYCTA000020465

**PX-127**

# Financial Summary—**EGWP** Contract Year One (2016)

| The Authority—Pharmacy Pricing 2016 | | | | | |
|---|---|---|---|---|---|
| | OptumRx/UHC - Current | Catamaran BAFO (OptumRx Alternate) | CVS Health | Express Scripts | OptumRx/UHC |
| Formulary Year | 2014 | 2015 | 2015 | 2015 | 2015 |
| Deal Type | Contracted - Traditional | Transparent | Transparent | Transparent | Transparent |
| Allowed Charges (discounted ingredient cost + dispensing fees) | $130,910,000 | $129,000,000 | $128,090,000 | $128,320,000 | $126,450,000 |
| Allowed Charges - Ingredient Cost | $130,260,000 | $128,650,000 | $127,790,000 | $128,020,000 | $126,110,000 |
| Allowed Charges - Dispensing Fees | $ 650,000 | $ 350,000 | $ 300,000 | $ 300,000 | $ 340,000 |
| Member Cost Share (copays, coinsurance, etc.)[1] | $ 31,980,000 | $ 32,290,000 | $ 32,050,000 | $ 32,100,000 | $ 31,990,000 |
| Allowed Charges - Net of Member Cost Share | $ 98,930,000 | $ 96,710,000 | $ 96,040,000 | $ 96,220,000 | $ 94,460,000 |
| Administration Fees | $ 2,880,000 | $ 3,210,000 | $ 2,030,000 | $ 2,180,000 | $ 2,900,000 |
| Guaranteed Rebates | ($ 18,010,000) | ($ 12,860,000) | ($ 20,560,000) | ($ 21,730,000) | ($ 14,780,000) |
| 50% Brand Manufacturer Discount in Gap | ($ 17,670,000) | ($ 17,670,000) | ($ 17,670,000) | ($ 17,670,000) | ($ 17,670,000) |
| CMS Reinsurance | ($ 15,780,000) | ($ 15,780,000) | ($ 15,780,000) | ($ 15,780,000) | ($ 15,780,000) |
| Claims Excluded from Guarantees (e.g. compounds) | $ 9,080,000 | $ 9,080,000 | $ 9,080,000 | $ 9,080,000 | $ 9,080,000 |
| Net Plan Cost | $ 59,430,000 | $ 62,690,000 | $ 53,140,000 | $ 52,300,000 | $ 58,210,000 |
| Net Plan Savings (Cost) over Current $$ | | ($ 3,260,000) | $ 6,290,000 | $ 7,130,000 | $ 1,220,000 |
| Net Plan Savings (Cost) Over Current % | | -5.5% | 10.6% | 12.0% | 2.1% |
| RANK | | 4 | 2 | 1 | 3 |

[1] Member cost share incorporates CMS subsidy payments – estimate based on amounts reported by UHC for CY 2014
[2] Current rebates are estimated based on actual pass-through amounts reported by Optum Rx for CY 2014; actual rebates passed through to NYCTA exceeded 2014 guaranteed by 89%

**AON**
Empower Results®

Confidential

NYCTA000020466

**PX-127**

## Financial Summary—**EGWP** Four Year Contract Term (2016–2019)

| The Authority—Pharmacy Pricing 1/1/16–12/31/19 | | | | | |
|---|---|---|---|---|---|
| | OptumRx/UHC - Current | Catamaran BAFO (OptumRx Alternate) | CVS Health | Express Scripts | OptumRx/UHC |
| Formulary Year | 2014 | 2014 | 2013 | 2013 | 2013 |
| Deal Type | Contracted – Traditional | Transparent | Transparent | Transparent | Transparent |
| **Allowed Charges** (discounted ingredient cost + dispensing fees) | $603,110,000 | $593,270,000 | $589,560,000 | $590,370,000 | $584,440,000 |
| **Allowed Charges - Ingredient Cost** | $600,450,000 | $591,840,000 | $588,330,000 | $589,290,000 | $583,060,000 |
| **Allowed Charges - Dispensing Fees** | $ 2,660,000 | $ 1,430,000 | $ 1,230,000 | $ 1,080,000 | $ 1,380,000 |
| **Member Cost Share (copays, coinsurance, etc.)**[1] | $147,330,000 | $148,550,000 | $147,630,000 | $147,800,000 | $147,360,000 |
| **Allowed Charges - Net of Member Cost Share** | $455,780,000 | $444,720,000 | $441,930,000 | $442,570,000 | $437,080,000 |
| **Administration Fees** | $ 11,580,000 | $ 12,900,000 | $ 8,160,000 | $ 8,700,000 | $ 11,670,000 |
| **Guaranteed Rebates** | ($ 67,360,000) | ($ 53,830,000) | ($ 93,070,000) | ($102,280,000) | ($ 60,790,000) |
| **50% Brand Manufacturer Discount in Gap** | ($ 70,690,000) | ($ 70,690,000) | ($ 70,690,000) | ($ 70,690,000) | ($ 70,690,000) |
| **CMS Reinsurance** | ($ 63,100,000) | ($ 63,100,000) | ($ 63,100,000) | ($ 63,100,000) | ($ 63,100,000) |
| **Claims Excluded from Guarantees (e.g. compounds)** | $ 36,310,000 | $ 36,310,000 | $ 36,310,000 | $ 36,310,000 | $ 36,310,000 |
| **Net Plan Cost** | **$302,520,000** | **$306,310,000** | **$259,540,000** | **$251,510,000** | **$290,480,000** |
| **Net Plan Savings (Cost) over Current $$** | | ($ 3,790,000) | $ 42,980,000 | $ 51,010,000 | $ 12,040,000 |
| **Net Plan Savings (Cost) Over Current %** | | -1.3% | 14.2% | 16.9% | 4.0% |
| RANK | | 4 | 2 | 1 | 3 |

[1] Member cost share incorporates CMS Part D Direct Subsidy payments – estimate based on amounts as reported by UHC for CY 2014
[2] Current rebates are estimated based on actual pass-through amounts reported by Optum Rx for CY 2014; actual rebates passed through to NYCTA exceeded 2014 guaranteed by 89%

**AON**
Empower Results®

NYCTA000020467

**PX-127**



Appendix

Proprietary & Confidential



NYCTA000020468

PX-127

## Historical ESI Paid Claims by Month

| | | Commercial | EGWP | Total |
|---|---|---|---|---|
| **2016** | May | $17,911,061 | $7,398,426 | $25,309,486 |
| | Jun | $30,303,817 | $17,830,905 | $48,134,722 |
| | Jul | $13,776,548 | $6,917,122 | $20,693,671 |
| | Aug | $28,457,300 | $13,567,902 | $42,025,202 |
| | Sep | $18,556,181 | $8,905,634 | $27,461,815 |
| | Oct | $26,166,665 | $9,694,181 | $35,860,846 |
| | Nov | $15,083,879 | $11,684,177 | $26,768,056 |
| | Dec | $19,022,535 | $7,398,154 | $26,420,689 |
| **2017** | Jan | $26,861,374 | $12,311,242 | $39,172,616 |
| | Feb | $22,674,933 | $9,772,283 | $32,447,216 |
| | Mar | $24,576,009 | $9,439,741 | $34,015,750 |
| | Apr | $32,497,297 | $12,391,957 | $44,889,253 |
| | May | $27,783,134 | $9,820,795 | $37,603,929 |
| | Jun | $21,359,839 | $12,667,522 | $34,027,360 |
| | Jul | $21,579,365 | $10,270,617 | $31,849,982 |
| | Aug | $27,178,593 | $12,726,117 | $39,904,710 |
| | Sep | $21,230,528 | $10,452,647 | $31,683,175 |
| | Oct | $26,894,694 | $13,014,455 | $39,909,149 |
| | Nov | $20,974,537 | $10,672,503 | $31,647,040 |
| | Dec | $20,909,172 | $12,627,859 | $33,537,031 |
| **2018** | Jan | $32,959,406 | $13,267,272 | $46,226,677 |
| | Feb | $15,859,793 | $7,884,557 | $23,744,350 |
| | Mar | $21,463,766 | $10,925,130 | $32,388,896 |
| | Apr | $26,490,488 | $13,710,166 | $40,200,655 |
| | May | $20,123,917 | $10,855,762 | $30,979,679 |
| | Jun | $25,142,803 | $13,125,222 | $38,268,025 |
| | Jul | $19,033,486 | $11,081,495 | $30,114,981 |
| | Aug | $24,567,571 | $13,833,933 | $38,401,503 |
| | Sep | $20,319,224 | $11,169,450 | $31,488,674 |
| | Oct | $20,880,972 | $10,801,721 | $31,682,693 |

- Historical claims are shown, split between Commercial and EGWP populations, by paid months.
- The 12 month period of October 2017 through September 2018 ($416.9 million) was used to develop the 2019 projected claims.  The October 2018 amount shown does not quite reflect a full month of experience, so it was not included.

*$416.9 million in paid claims, from 10/1/2017 through 9/30/2018*



Confidential

NYCTA000020469

**PX-127**

## Financial Summary—Methodology



| Trend Assumptions | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|
| Retail Brand AWP Increase | 10.0% | 10.0% | 10.0% | 10.0% |
| Retail Generic AWP Increase | 4.0% | 4.0% | 4.0% | 4.0% |
| Mail Brand AWP Increase | 10.0% | 10.0% | 10.0% | 10.0% |
| Mail Generic AWP Increase | 4.0% | 4.0% | 4.0% | 4.0% |
| Specialty Brand AWP Increase | 18.0% | 18.0% | 18.0% | 18.0% |
| Specialty Generic AWP Increase | 5.0% | 5.0% | 5.0% | 5.0% |
| Retail Generic Shift | 2.0% | 1.0% | 1.0% | 1.0% |
| Mail Generic Shift | 2.0% | 1.0% | 1.0% | 1.0% |
| Specialty Generic Shift | 0.0% | 0.0% | 0.0% | 0.0% |
| Retail Utilization | 1.0% | 1.0% | 1.0% | 1.0% |
| Mail Utilization | 1.0% | 1.0% | 1.0% | 1.0% |
| Specialty Utilization | 4.0% | 4.0% | 4.0% | 4.0% |

**Utilization** *(Baseline Costs)*
- Claims per member
- Costs per claim
- Retail vs. Mail Order vs. Specialty
- Generic vs. Brand

**PBM Financial Proposals**

*Less:* **Discounts**
- Brand vs Generic
- By channel

*Plus:* **Dispensing Fees**
- Per Claim
- Brand vs. Generic
- By channel

*Plus:* **Admin. Fees**
- Per Rx or PEPM
- By channel

*Less:* **Rebates**
- By channel
- Per Brand Claim

*Less:* **Member Cost Share**
- By channel
- Copay/Coinsurance

*Less: CMs Payments/Credits*
- Summary of Member Disruption
- EGWP Only

*Equals:* **Total Rx Cost**

**Bidder Comparison & Projected Plan Savings**

Note: Financial analysis is customized to The Authority-specific utilization and drug mix

**AON** Empower Results®

Proprietary & Confidential | December 6, 2018        34

Confidential

Notes Summary:

No speaker notes are contained in this presentation.

Confidential

NYCTA000020471

**PX-127**