# Exhibit A

**ALLEGATION**: Pro-actively identified for utilization spike.
**SUMMARY**: Pharmacy is heavily billing one client. Pharmacy's spike is driven by compound claims with Fluticasone and Sodum Hyaluronate as high paying ingredients. License is clear and active.

| | | | | |
|---|---|---|---|---|
| Pharmacy Name | FUSION SPECIALTY PHARMACY | | Total Claims | 1,898 |
| NCPDP | 4612455 | | Total Amount | $2,946,667.35 |
| NPI | 1508104712 | | Average Claim Amount | $1,550.73 |
| Tax ID | 460895605 | | DOD Last Service Date | 6/6/2016 |
| State License | 84969531703 | | Non DOD Last Service Date | 7/1/2016 |
| Address | 1100 CANYON VIEW DR STE C | | Medicare Claims | 160 |
| City | SANTA CLARA | | Medicare Amount | $47,690.12 |
| State | UT | | Medicare % | 8% |
| Zip | 84765-5672 | | Medicaid Claims | 0 |
| County | Washington | | Medicaid Amount | $0.00 |
| Phone | (888) 963-9923 | | Medicaid % | 0% |
| Fax | (855) 853-3465 | | DoD Claims | 417 |
| 24 Hours | No | | DoD Amount | $29,250.04 |
| Business Type | Independent Pharmacy | | DoD % | 22% |
| Account Number | 438060227 | | Commercial Claims | 1,311 |
| Medicaid ID | | | Commercial Amount | $2,869,717.19 |
| Owner Name | | | Compound Claims | 1,585 |
| Email Address | | | Compound Amount | $2,867,880.61 |
| End Date | 12/31/3000 | | DME Claims | 3 |
| | | | DME Amount | $35.45 |
| | | | DME % | 0% |



| Drug | Claims | Amount | % |
|---|---|---|---|
| COMPOUND | 1,585 | $2,867,880.61 | 97% |
| EVZIO 0.4 MG AUTO-INJECTOR | 4 | $10,990.70 | 0% |
| KERYDIN 5% TOPICAL SOLUTION | 7 | $9,105.69 | 0% |
| LIDOCAINE 5% OINTMENT | 7 | $8,751.15 | 0% |
| SAXENDA 18 MG/3 ML PEN | 6 | $8,437.16 | 0% |
| ARIPIPRAZOLE 10 MG TABLET | 12 | $6,146.78 | 0% |
| FLUOCINONIDE 0.1% CREAM | 5 | $5,870.69 | 0% |
| VANATOL LQ ORAL SOLUTION | 3 | $4,434.86 | 0% |
| DICLOFENAC SODIUM 3% GEL | 3 | $2,929.54 | 0% |
| NEXIUM DR 40 MG CAPSULE | 11 | $2,765.54 | 0% |



PX-341

Express_Scripts_1095_00241815