# Exhibit B

Message
_____

**From**:          Lown, Nathan M. (EHQ) [/O=EXPRESS-SCRIPTS/OU=EXCHANGE ADMINISTRATIVE GROUP
                (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=P058331]
**Sent**:          7/25/2016 9:35:47 AM
**To**:            Rutkowski, Stephen L. (EHQ) [/o=Express-Scripts/ou=Exchange Administrative Group
                (FYDIBOHF23SPDLT)/cn=Recipients/cn=EA6938]
**Subject**:       FW: Fusion desk
**Attachments**:   ExpressScripts-062916.pdf; Copy of Copy of vzn compound claims may service june adj to audit (2).xlsx


Good Morning Steve,

Recently Misty did a desk audit of Fusion in UT.  What we were reviewing were VZN claims that adjudicated in June but
the fill date was in May.  The reason is because this member was on strike in May.  There was a gap in our systems that
would have allowed a may claim to process if adjudicated in June.

We found these claims and wanted to ensure that it was filled in may.  However, none of them were submitted correctly
and were then reversed and rekeyed with new fill dates.

What I found odd in this that I thought you may want to know is that the adjudication dates on the original submissions
were prior to the dates of the log in which the compound was created.  How did the pharmacy know what to bill if they
had not created the prescription yet.

Let me know if you have questions.

Nathan Lown
**Sr. Audit Manager, Retail Network Audit |Fraud, Waste & Abuse Services**
Pharmacy Audit | Fraud Analytics | Special Investigations
Express Scripts | 314-684-6528
_____

**From:** Prater, Misty N. (EHQ)
**Sent:** Monday, July 25, 2016 9:08 AM
**To:** Lown, Nathan M. (EHQ)
**Subject:** Fusion desk

Express_Scripts_1095_00241870

PX-396