UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NEW YORK CITY TRANSIT AUTHORITY,

                Plaintiff,                      19 **CIVIL** 5196 (JMF)

      -against-                          **JUDGMENT**

EXPRESS SCRIPTS, INC.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Jesse M. Furman, United States District Judge, the jury having returned a verdict in favor of Defendant, and the Complaint is hereby dismissed.

**DATED:** New York, New York
           March    23   , 2023

                                                      **RUBY J. KRAJICK**

So Ordered:                                           **Clerk of Court**

                                            **BY:**

   U.S.D.J.                                          **Deputy Clerk**